FILED

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Richard J. Smith (CA Bar No. 224782)
   rsmith@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   700 Hansen Way
5  Palo Alto, California  94304
   Telephone:   (650) 849-6600
6  Facsimile:   (650) 849-6666

7  Attorneys for Defendant
   DAKOCYTOMATION CALIFORNIA, INC.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA, INC.<br><br>Defendant. | CASE NO. C 05-3955 MHP<br><br>**STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Defendant DakoCytomation California, Inc. ("DakoCytomation") and Plaintiffs The Regents
2  of The University of California, Abbott Molecular Inc., and Abbott Laboratories, Inc. ("Plaintiffs"),
3  through their respective counsel, stipulate that the time for DakoCytomation to answer or otherwise
4  respond to Plaintiffs' Complaint be extended to and including November 21, 2005. This stipulation
5  is made pursuant to Civil L.R. 6-1(a) regarding stipulations permissible without Court order.

6  Plaintiffs filed their Complaint on September 29, 2005. The current deadline for
7  DakoCytomation to answer or otherwise respond is on or about October 20, 2005. This stipulation
8  extending the time for DakoCytomation to answer or otherwise respond to Plaintiffs' Complaint to
9  and including November 21, 2005, will not alter the date of any event or any deadline already fixed
10 by Court order.

11 STIPULATED AND AGREED TO BY:

12 Dated: October 18, 2005              FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, L.L.P.

15                                       By:_____/s/_____
                                            Richard J. Smith
16                                          Tina E. Hulse
                                            Attorneys for Defendant DAKOCYTOMATION
17                                          CALIFORNIA, INC.

18 OF COUNSEL:                           Thomas H. Jenkins
                                         Tom.Jenkins@finnegan.com
19                                       Anthony C. Tridico
                                         anthony.tridico@finnegan.com
20                                       FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, L.L.P.
21                                       901 New York Avenue
                                         Washington, D.C. 20001-4413
22                                       Telephone:   (202) 408-4000
                                         Facsimile:   (202) 408-4400
23
                                         David C. Hoffman
24                                       David.Hoffman@finnegan.com
                                         FINNEGAN, HENDERSON, FARABOW,
25                                         GARRETT & DUNNER, L.L.P.
                                         55 Cambridge Parkway
26                                       Cambridge, MA 02142-1292
                                         Telephone:   (617) 452-1600
27                                       Facsimile:   (617) 452-1666
28

Dated: October 18, 2005

FENWICK & WEST LLP

By: _____/s/_____
Lynn H. Pasahow
lpasahow@fenwick.com
Virginia K. DeMarchi
vdemarchi@fenwick.com
Michael J. Shuster
mshuster@fenwick.com
Carolyn Chang
cchang@fenwick.com
C. J. Alice Chen
achen@fenwick.com

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR, INC., and ABBOTT LABORATORIES, INC.

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

10/19/05    IT IS SO ORDERED

U.S. DISTRICT JUDGE