1  Richard J. Smith (CA Bar No. 224782)
   rsmith@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   700 Hansen Way
5  Palo Alto, California 94304
   Telephone:   (650) 849-6600
6  Facsimile:    (650) 849-6666

7  Attorneys for Defendant
   DAKOCYTOMATION CALIFORNIA, INC.

FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA, INC. <br><br> Defendant. | CASE NO. C 05-3955 MHP <br><br> **STIPULATED CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1  Pursuant to Civil L.R. 6-2(a), Defendant DakoCytomation California, Inc.
2 ("DakoCytomation") and Plaintiffs The Regents of the University of California, Abbott Molecular
3 Inc., and Abbott Laboratories Inc. ("Plaintiffs"), through their respective counsel, stipulate that the
4 hearing on Plaintiffs' Motion for Preliminary Injunction be continued to December 5, 2005, at 2:00
5 p.m. The parties further stipulate that the dates for service and filing of (1) DakoCytomation's
6 Opposition be extended to and including November 14, 2005, and (2) Plaintiffs' Reply be extended
7 to and including November 23, 2005.
8  A declaration of Richard J. Smith accompanies this stipulation.
9  This stipulated continuance shall not be used as evidence of delay.
10  DakoCytomation and Plaintiffs believe at this time that there will be no further need for a
11 continuance or extension with respect to the dates implicated by Plaintiffs' Motion for a Preliminary
12 Injunction; however, if an event or circumstance arises after the filing of this stipulation that
13 necessitates a further continuance or extension, this stipulation shall be without prejudice to a party's
14 right to seek a further continuance or extension.
15 STIPULATED AND AGREED TO BY:
16 Dated: October 28, 2005          FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, L.L.P.
17
18                                   By:_____/s/_____
                                         Richard J. Smith
19                                       Tina E. Hulse
                                         Attorneys for Defendant DAKOCYTOMATION
20                                       CALIFORNIA, INC.
21 OF COUNSEL:                      Thomas H. Jenkins
                                     Tom.Jenkins@finnegan.com
22                                   Anthony C. Tridico
                                     anthony.tridico@finnegan.com
23                                   FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, L.L.P.
24                                   901 New York Avenue
                                     Washington, D.C. 20001-4413
25                                   Telephone:   (202) 408-4000
                                     Facsimile:   (202) 408-4400
26
27
28

| | |
|---|---|
| 1 | David C. Hoffman |
| 2 | David.Hoffman@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, |
| 3 | GARRETT & DUNNER, L.L.P.<br>55 Cambridge Parkway |
| 4 | Cambridge, MA 02142-1292<br>Telephone:   (617) 452-1600 |
| 5 | Facsimile:   (617) 452-1666 |

Dated: October 28, 2005          FENWICK & WEST LLP


By: _____/s/_____
   Lynn H. Pasahow
   lpasahow@fenwick.com
   Virginia K. DeMarchi
   vdemarchi@fenwick.com
   Michael J. Shuster
   mshuster@fenwick.com
   Carolyn Chang
   cchang@fenwick.com
   C. J. Alice Chen
   achen@fenwick.com

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ABBOTT MOLECULAR INC., and
ABBOTT LABORATORIES INC.

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __10/31__, 2005

_____
The Honorable Marilyn Hall Patel
United States District Court Judge