Richard J. Smith (CA Bar No. 224782)
rsmith@finnegan.com
Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
700 Hansen Way
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Defendant
DAKOCYTOMATION CALIFORNIA, INC.

FILED
NOV - 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA, INC. <br><br> Defendant. | CASE NO. C 05-3955 MHP <br><br> **APPLICATION OF ANTHONY C. TRIDICO TO APPEAR AS COUNSEL *PRO HAC VICE* AND [~~PROPOSED~~] ORDER** |

1 | Pursuant to Civil L.R. 11-3, Anthony C. Tridico, an active member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia, and registered to practice before the United States Patent and Trademark Office, whose business address and telephone number is: FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, 901 New York Avenue, Washington, D.C. 20001-4413, (202) 408-4000, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing DakoCytomation California, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Richard J. Smith
> FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, L.L.P.
> 700 Hansen Way
> Palo Alto, CA 94304
> Tel: (650) 849-6600
> Fax: (650) 849-6666

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

4  Dated:___October 17, 2005

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
Anthony C. Tridico
Attorneys for Defendant
DakoCytomation California, Inc.

[~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED THAT Anthony C. Tridico is granted *pro hac vice* status in this matter.

Dated: 11/7/05

_____
Honorable Marilyn Hall Patel
United States District Judge

3

APPLICATION OF ANTHONY C. TRIDICO
TO APPEAR AS COUNSEL *PRO HAC VICE*
CASE NO. C 05-3955 MHP