1  Richard J. Smith (CA Bar No. 224782)
   rsmith@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   700 Hansen Way
5  Palo Alto, California 94304
   Telephone:    (650) 849-6600
6  Facsimile:    (650) 849-6666

7  Attorneys for Defendant
   DAKOCYTOMATION CALIFORNIA, INC.

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA, INC. <br><br> Defendant. | CASE NO. C 05-3955 MHP <br><br> **APPLICATION OF DAVID C. HOFFMAN TO APPEAR AS COUNSEL *PRO HAC VICE* AND [PROPOSED] ORDER** |

1  Pursuant to Civil L.R. 11-3, David C. Hoffman, an active member in good standing of the bar of Massachusetts, whose business address and telephone number is: FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, 55 Cambridge Parkway, Cambridge, Massachusetts 02142-1292, (617) 452-1600, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing DakoCytomation California, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Richard J. Smith
> FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, L.L.P.
> 700 Hansen Way
> Palo Alto, CA 94304
> Tel: (650) 849-6600
> Fax: (650) 849-6666

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

3  Dated: October 25, 2005

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
David C. Hoffman
Attorneys for Defendant
DakoCytomation California, Inc.

1 | [~~PROPOSED~~] ORDER
---

3  Upon good cause shown, IT IS HEREBY ORDERED THAT David C. Hoffman is granted *pro hac vice* status in this matter.

Dated: 11/7/05

_____
Honorable Marilyn Hall Patel
United States District Judge