LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
MICHAEL J. SHUSTER (CSB NO. 191611)
mshuster@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
C. J. ALICE CHEN (CSB NO. 228556)
achen@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ABBOTT MOLECULAR INC., and
ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA, INC.,<br><br>Defendant. | Case No.  C 05-03955 MHP<br><br>**[PROPOSED]** **ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM** |

The Court, having considered the parties' Stipulation and Joint Administrative Request to Allow Equipment into the Courtroom, good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED** that the parties' Joint Administrative Request is **GRANTED**.  The parties are authorized to bring the following equipment into Judge Patel's

1  courtroom prior to the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for 2:00

2  p.m. on December 5, 2005:

3    1.   Projection Screen

4    2.   Laptop Computer

5    3.   Power Cables

6    4.   Easel with poster paper/Flip Chart

7    5.   Projector

8    6.   White board and markers

9    7.   Audio/visual cart (for equipment)

10   **IT IS SO ORDERED.**

12   Dated: December 1, 2005

    The Ho[n]...te
    United...
    Northern...
    Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING JOINT
ADMINISTRATIVE REQUEST TO ALLOW         2            CASE NO.:  C 05-03955 MHP
EQUIPMENT INTO THE COURTROOM