Richard J. Smith (CA Bar No. 224782)
rsmith@finnegan.com
Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
700 Hansen Way
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Defendant/Counterclaim-Plaintiff
DAKOCYTOMATION CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA, INC.<br><br>Defendant. | CASE NO. C 05-3955 MHP<br><br>**STIPULATION OF TIME FOR PARTIES TO RESPOND TO INITIAL DISCOVERY REQUESTS** |
| DAKOCYTOMATION CALIFORNIA, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.,<br><br>Counterclaim-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 29 and Civil L.R. 6-1(a), Defendant/Counterclaim-Plaintiff DakoCytomation California, Inc. ("Dako"), and Plaintiffs/Counterclaim-Defendants The Regents of the University of California ("Regents"), Abbott Molecular Inc., and Abbott Laboratories Inc., through their respective counsel, hereby agree and stipulate as follows:

The time for Dako to serve responses to the Regents' First Set of Requests for Production of Documents and Things, and to serve answers and objections to the Regents' First Set of Interrogatories, shall be enlarged to and including February 2, 2006.

Plaintiffs/Counterclaim-Defendants shall serve their responses to Dako's First Set of Requests for Production of Documents and Things, and their answers and objections to Dako's First Set of Interrogatories, on or before February 2, 2006.

STIPULATED AND AGREED TO BY:

Dated: January 10, 2006                FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                       By:  /s/ Richard J. Smith
                                            Richard J. Smith
                                            Tina E. Hulse
                                            Attorneys for Defendant/Counterclaim-Plaintiff
                                            DAKOCYTOMATION CALIFORNIA, INC.

OF COUNSEL:                            Thomas H. Jenkins
                                       Tom.Jenkins@finnegan.com
                                       Anthony C. Tridico
                                       anthony.tridico@finnegan.com
                                       FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.
                                       901 New York Avenue
                                       Washington, D.C. 20001-4413
                                       Telephone:    (202) 408-4000
                                       Facsimile:    (202) 408-4400

| | | |
|---|---|---|
| 1 | Dated: January 10, 2006 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Virginia K. DeMarchi |
| | | Lynn H. Pasahow |
| | | lpasahow@fenwick.com |
| 4 | | Virginia K. DeMarchi |
| | | vdemarchi@fenwick.com |
| 5 | | Michael J. Shuster |
| | | mshuster@fenwick.com |
| 6 | | Carolyn Chang |
| | | cchang@fenwick.com |
| 7 | | C. J. Alice Chen |
| | | achen@fenwick.com |

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**IT IS SO ORDERED**

/s/ Marilyn H. Patel
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA