LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
VIRGINIA K. DEMARCHI (CSB No. 168633)
(vdemarchi@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
CAROLYN C. CHANG (CSB No. 217933)
(cchang@fenwick.com)
C. J. ALICE CHEN (CSB No. 228556)
(achen@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

Richard J. Smith (CA Bar No. 224782)
rsmith@finnegan.com
Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant/Counterclaim-Plaintiff
DAKOCYTOMATION CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. C 05-03955 MHP <br><br> **STIPULATION RE CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE** |
| AND RELATED COUNTERCLAIMS | |

STIPULATION RE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 05-03955 MHP

Following the Case Management Conference held before this Court on April 17, 2006, plaintiffs The Regents of the University of California, Abbott Molecular Inc., and Abbott Laboratories Inc., and defendant DakoCytomation California, Inc. (collectively, "the parties") understood that the Court had scheduled the Claim Construction Hearing in this matter for June 14, 2006. Therefore, the parties hereby stipulate to the following schedule for the briefing and hearing on claim construction:

| Event | Deadline |
|---|---|
| Last day for the party claiming patent infringement to serve and file an opening claim construction brief and any evidence supporting its claim construction | May 10, 2006 |
| Last day for opposing party to serve and file its responsive claim construction brief and supporting evidence | May 24, 2006 |
| Last day for the party claiming patent infringement to serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in any opposing party's response | May 31, 2006 |
| Claim Construction Hearing and Technology Tutorial | June 14, 2006 |

Respectfully submitted,

Dated: April 19, 2006
FENWICK & WEST LLP

By:  /s/ Carolyn Chang
       Carolyn Chang

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

STIPULATION RE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 05-03955 MHP

Dated: April 19, 2006

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P

By:        /s/ Tina E. Hulse
       Tina E. Hulse

Attorneys for Defendant/Counterclaim-Plaintiff
DAKOCYTOMATION CALIFORNIA, INC.

OF COUNSEL:

Thomas H. Jenkins
Tom.Jenkins@finnegan.com
Anthony C. Tridico
Anthony.tridico@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**IT IS SO ORDERED.**

Dated: April 20, 2006

_____
The Honorable Marilyn H. Patel, Judge
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel