1  Richard J. Smith (CA Bar No. 224782)
   rsmith@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  David C. Hoffman (Admitted *Pro hac vice)*
   david.hoffman@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
5  Stanford Research Park
   3300 Hillview Avenue
6  Palo Alto, California  94304
   Telephone:     (650) 849-6600
7  Facsimile:     (650) 849-6666

8  Attorneys for Defendant/Counterclaim-Plaintiff
   DAKOCYTOMATION CALIFORNIA, INC.
9
   Lynn H. Pasahow (CSB No. 054283)
10 lpasahow@fenwick.com
   FENWICK WEST LLP
11 Silicon Valley Center, 801 California Street
   Mountain View, CA 94041
12 Telephone:  (650) 988-8500
   Facsimile:   (650) 938-5200
13
   Attorneys for Plaintiffs/Counterclaim-Defendants
14 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, ABBOTT MOLECULAR INC., and
15 ABBOTT LABORATORIES INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19

| 20 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., | CASE NO. C 05-03955 MHP |
|---|---|---|
| 21 | | **STIPULATED EXTENSION OF TIME FOR DAKOCYTOMATION CALIFORNIA, INC. TO FILE OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| 22 | Plaintiffs/Counterclaim-Defendants, | |
| 23 | v. | |
| 24 | DAKOCYTOMATION CALIFORNIA, INC. | |
| 25 | Defendant/Counterclaim-Plaintiff. | |

27

28

1  Pursuant to Civil L.R. 6-2(a), Defendant/Counterclaim-Plaintiff DakoCytomation California,
2 Inc. ("Dako") and Plaintiffs/Counterclaim-Defendants The Regents of the University of California,
3 Abbott Molecular Inc., and Abbott Laboratories Inc. ("Plaintiffs"), through their respective counsel,
4 stipulate that the date for Dako to file its Opposition to Plaintiffs' Administrative Motion for Entry
5 of Protective Order be extended by two (2) days to and including May 17, 2006.

6  A declaration of Richard J. Smith accompanies this stipulation.

7  Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under
8 penalty of perjury that he has the concurrence of each of the signatories to this Stipulated Extension
9 of Time for DakoCytomation California, Inc. to File Opposition to Plaintiffs' Administrative Motion
10 for Entry of Protective Order.

11 STIPULATED AND AGREED TO BY:

12 Dated:  May 15, 2006                FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.

14                                      By:    /s/  Richard J. Smith
                                               Richard J. Smith

                                        Attorneys for Defendant/Counterclaim-Plaintiff
16                                      DAKOCYTOMATION CALIFORNIA, INC.

17 OF COUNSEL:                          Thomas H. Jenkins
                                        Tom.Jenkins@finnegan.com
18                                      Anthony C. Tridico
                                        anthony.tridico@finnegan.com
19                                      FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.
20                                      901 New York Avenue, N.W.
                                        Washington, D.C. 20001-4413
21                                      Telephone:    (202) 408-4000
                                        Facsimile:    (202) 408-4400

1  Dated: May 15, 2006                       FENWICK & WEST LLP

                                             By:    /s/  Lynn H. Pasahow
                                                 Lynn H. Pasahow
                                                 lpasahow@fenwick.com

                                             Carolyn Chang
                                             (cchang@fenwick.com)
                                             Virginia K. DeMarchi
                                             (vdemarchi@fenwick.com)
                                             Michael J. Shuster
                                             (mshuster@fenwick.com)
                                             C.J. Alice Chen
                                             (achen@fenwick.com)

                                             Attorneys for Plaintiffs/Counterclaim-Defendants
                                             THE REGENTS OF THE UNIVERSITY OF
                                             CALIFORNIA, ABBOTT MOLECULAR INC., and
                                             ABBOTT LABORATORIES INC.

                                             FENWICK & WEST LLP
                                             Silicon Valley Center
                                             801 California Street
                                             Mountain View, CA 94041
                                             Telephone:    (650) 988-8500
                                             Facsimile:    (650) 938-5200

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  May 16               , 2006

                                             _____
                                             IT IS SO ORDERED
                                             Judge Marilyn H. Patel
                                             United States District Judge