LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
VIRGINIA K. DEMARCHI (CSB No. 168633)
(vdemarchi@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)
C. J. ALICE CHEN (CSB No. 228556)
(achen@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ABBOTT MOLECULAR INC., and
ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 05-03955 MHP <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

1   This motion of plaintiffs The Regents of the University of California, Abbott Molecular
2   Inc., and Abbott Laboratories Inc. to file a first amended complaint ~~came on regularly for hearing~~ was submitted on the papers, and a statement of non-opposition having been filed.
3   ~~before this Court. Both parties were represented by their respective counsel~~.

4   Based upon plaintiffs' motion, the accompanying memorandum and supporting
5   declarations, the remaining papers filed with the Court in this matter, ~~and upon hearing of this~~
6   ~~matter, for the reasons detailed below,~~ the Court finds that leave to amend is warranted under
7   Rule 15(a) of the Federal Rules of Civil Procedure.

8   The Court therefore **ORDERS** that:

9   1.   By stipulation of the parties, all of the references to defendant DakoCytomation
10  California, Inc. shall be changed to reflect its new name, Dako North America, Inc.;

11  2.   Dako A/S shall be added as a party defendant; and

12  3.   The First Amended Complaint attached as Exhibit A to the Declaration of Karen
13  M. Server shall be deemed filed as of the date of this Order.

14  **IT IS SO ORDERED.**

16  Dated: May 17, 2006

17                                    Hon. _____ tel
                                      UNITED STATES DISTRICT JUDGE



28  1248264

ORDER GRANTING PLTFS' MTN. TO FILE FIRST AM. COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C 05-03955 MHP

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW