1  LYNN H. PASAHOW (CSB No. 054283)
   (lpasahow@fenwick.com)
2  VIRGINIA K. DEMARCHI (CSB No. 168633)
   (vdemarchi@fenwick.com)
3  MICHAEL J. SHUSTER (CSB No. 191611)
   (mshuster@fenwick.com)
4  CAROLYN CHANG (CSB No. 217933)
   (cchang@fenwick.com)
5  C. J. ALICE CHEN (CSB No. 228556)
   (achen@fenwick.com)
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone: 650.988.8500
   Facsimile:  650.938.5200
9
   Attorneys for Plaintiffs
10 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, ABBOTT MOLECULAR INC., and
11 ABBOTT LABORATORIES INC.

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16 THE REGENTS OF THE UNIVERSITY          Case No. C 05-03955 MHP
   OF CALIFORNIA, ABBOTT
17 MOLECULAR INC., and ABBOTT             [PROPOSED] ORDER GRANTING
   LABORATORIES INC.,                     JOINT ADMINISTRATIVE REQUEST
18                                        TO ALLOW EQUIPMENT INTO THE
                Plaintiffs,               COURTROOM
19
           v.
20
   DAKO NORTH AMERICA, INC., and
21 DAKO A/S,

22              Defendants.

23
   AND RELATED COUNTERCLAIMS.
24

25

26       The Court, having considered the parties' Stipulation and Joint Administrative Request to

27 Allow Equipment into the Courtroom, good cause appearing, hereby orders as follows:

28       **IT IS HEREBY ORDERED** that the parties' Joint Administrative Request is

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**GRANTED**.  The parties are authorized to bring the following equipment into Judge Patel's courtroom prior to the Claim Construction hearing scheduled for 9:00 a.m. on June 14, 2006:

    1.     Projection Screen

    2.     Laptop Computer and extra Mouse

    3.     Power Cables and Extension Cords

    4.     Easel with Poster Paper/Flip Chart

    5.     Projector and extra Bulb

    6.     White Board and Markers, Laser Pointer, and Poster Boards

    7.     Videography Kit: Camcorders; Power Supply; Monitor; Audio Mixer; Audio Recording Deck; Video Recording Deck; Lapel Microphones; Tripods; Headphones; and Related Cables and Connectors

    8.     Audio/Visual Cart (for equipment)

**IT IS SO ORDERED.**

Dated: June_12__, 2006



IT IS SO ORDERED

Judge Marilyn H. Patel

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

22766/00442/LIT/1250923.1