LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
VIRGINIA K. DEMARCHI (CSB No. 168633)
(vdemarchi@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
HEATHER N. MEWES (CSB NO. 203690)
(hmewes@fenwick.com)
CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)
C. J. ALICE CHEN (CSB No. 228556)
(achen@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ABBOTT MOLECULAR INC., and
ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>DAKO NORTH AMERICA, INC., and DAKO A/S,<br><br>                Defendants. | Case No. C 05-03955 MHP<br><br>**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF CAROLYN C. CHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| AND RELATED COUNTERCLAIMS. | |

*Fenwick & West LLP*
*Attorneys At Law*
*Mountain View*

The Court, having considered The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc.'s ("plaintiffs") Administrative Request Pursuant to Civil L.R. 7-11 to File Under Seal Exhibits to the Declaration of Carolyn C. Chang in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment of Non-Infringement, good cause appearing, hereby order as follows:

**IT IS HEREBY ORDERED** that plaintiffs' Administrative Request is **GRANTED**.  The Clerk of the Court shall file under seal:

1.      Exhibit I:  Certified Copy of the Transcript of the 30(b)(6) Deposition of Defendants taken on June 16, 2006 ("Schønau deposition");

2.      Exhibit N:  Document produced by defendants at DC 40842-40858;

3.      Exhibit P:  Package inserts for defendants' accused solid tumor probe mixes, including the *EGFR*/CEN-7, *EMSY*/CEN-11, and *MYC*/CEN-8 FISH Probe Mixes;

4.      Exhibit R:  Package inserts for defendants' accused split-signal probe mixes, including the *IGH*, *BCL2*, *BCL3*, *BCL6*, *MALT1*, *MYC*, *IGL*, *PAX5*, *CCND1*, *TLX1*, *IGK*, *ETV6*, *MLL*, *TCF3*, *BCR*, *TLX3*, and *SIL-TAL1* FISH DNA Probes;

5.      Exhibit T:  Confidential "response to a question raised by the FDA during the approval process of the *HER2* FISH product" and produced by defendants at DC043231-43233;

6.      Exhibit U:  Confidential "response to a question raised by the FDA during the approval process of the *HER2* FISH product" and produced by defendants at DC043225-43226;

7.      Exhibit V:  Production Transfer Reports for some of defendants accused split-signal probe mixes;

8.      Exhibit W:  Design Verification Reports for defendants accused solid tumor probe mixes;

9.      Exhibit X:  Appendices to the Development Reports for defendants accused split-signal products regarding the design of the probes.

///

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    All remaining declarations and exhibits shall be filed by plaintiffs' on the public docket.

2        **IT IS SO ORDERED**.

3

4    Dated: ___June 28____, 2006

5

6 

7

8

9    22766/00442/LIT/1251589.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW