| | |
|---|---|
| Lynn H. Pasahow (CSB No. 054283) (lpasahow@fenwick.com) | Thomas H. Jenkins (Admitted Pro Hac Vice) (tom.jenkins@finnegan.com) |
| Michael J. Shuster (CSB No. 191611) (mshuster@fenwick.com) | Anthony C. Tridico (Admitted Pro Hac Vice) (anthony.tridico@finnegan.com) |
| Heather N. Mewes (CSB No. 203690) (hmewes@fenwick.com) | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| Carolyn Chang (CSB No. 217933) (cchang@fenwick.com) | 901 New York Avenue Washington, D.C. 20001-4413 |
| C. J. Alice Chuang (CSB No. 228556) (achuang@fenwick.com) | Telephone: 202.408.4000 Facsimile:  202.408.4400 |
| FENWICK & WEST LLP Silicon Valley Center | Tina E. Hulse (CA Bar No. 232936) (tina.hulse@finnegan.com) |
| 801 California Street Mountain View, CA  94041 | Wesley B. Derrick (CA Bar No. 244944) (wesley.derrick@finnegan.com) |
| Telephone: 650.988.8500 Facsimile:  650.938.5200 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. Stanford Research Park |
| Attorneys for Plaintiffs/Counterclaim-Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC. | 3300 Hillview Avenue Palo Alto, California 94304 Telephone: 650.849.6600 Facsimile:  650.849.6666 |
| | Attorneys for Defendants/Counterclaim-Plaintiffs DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKO NORTH AMERICA, INC., and DAKO DENMARK A/S, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 05-03955 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER RE:  FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS** |

STIPULATION AND ORDER RE: FILING OF AM. PLEADINGS
CASE NO. C 05-03955 MHP

1  Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott
2  Laboratories Inc., and Defendants Dako North America, Inc. and Dako Denmark A/S, by and
3  through their respective counsel, stipulate as follows:

4  WHEREAS the parties agreed in their June 20, 2008 Further Joint Case Management
5  Statement (Docket No. 197) to a July 30, 2008 deadline to amend pleadings;

6  WHEREAS the parties have agreed to their respective amended pleadings, including the
7  substitution of Defendant/Counterclaim-Plaintiff Dako A/S with Dako Denmark A/S;

8  THEREFORE, the parties hereby stipulate and agree as follows:

9  1. Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and
10  Abbott Laboratories Inc. shall have leave to file a Second Amended Complaint, a copy
11  of which is attached hereto as Exhibit A.
12  2. Defendants Dako North America, Inc. and Dako Denmark A/S shall have leave to file
13  an Answer, Defenses and Counterclaims to Plaintiffs' Second Amended Complaint, a
14  copy of which is attached hereto as Exhibit B.

15  Dated: July 30, 2008                        FENWICK & WEST LLP

17                                              By:      s/LYNN H. PASAHOW
                                                    Lynn H. Pasahow

18                                              Attorneys for Plaintiffs/Counterdefendants
19                                              THE REGENTS OF THE UNIVERSITY OF
                                                CALIFORNIA, ABBOTT MOLECULAR
20                                              INC., and ABBOTT LABORATORIES INC.

21  Dated: July 30, 2008                        FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER L.L.P.
22

23                                              By:      s/TINA E. HULSE
                                                    Tina E. Hulse
24

25                                              Attorneys for Defendants/Counterclaimants

26                                              DAKO NORTH AMERICA, INC. and DAKO
                                                DENMARK A/S
27
28

STIPULATION AND ORDER RE: FILING OF AM. PLEADINGS
CASE NO. C 05-03955 MHP                                                                          2

1  **ORDER**

2  Pursuant to the foregoing Stipulation, and good cause appearing therefore;

3  **IT IS SO ORDERED.**

4  Furthermore, **IT IS HEREBY ORDERED** that the caption in the above-referenced case
5  is hereby modified, such that the Defendants/Counterclaim-Plaintiffs shall hereinafter be Dako
6  North America, Inc. and Dako Denmark A/S.

7  Dated:  August 1    , 2008

8  By: _____
9  The Honorable Marilyn H. Patel
10  UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER RE: FILING OF AM. PLEADINGS
CASE NO. C 05-03955 MHP

3