Lynn H. Pasahow (CSB No. 054283)
(lpasahow@fenwick.com)
Michael J. Shuster (CSB No. 191611)
(mshuster@fenwick.com)
Heather N. Mewes (CSB No. 203690)
(hmewes@fenwick.com)
Carolyn Chang (CSB No. 217933)
(cchang@fenwick.com)
C. J. Alice Chuang (CSB No. 228556)
(achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

Thomas H. Jenkins (Admitted Pro Hac Vice)
(tom.jenkins@finnegan.com)
Anthony C. Tridico (Admitted Pro Hac Vice)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone: 202.408.4000
Facsimile: 202.408.4400

Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)
Wesley B. Derrick (CA Bar No. 244944)
(wesley.derrick@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: 650.849.6600
Facsimile: 650.849.6666

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAKO NORTH AMERICA, INC., and DAKO DENMARK A/S,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 05-03955 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** |

STIPULATION AND ORDER RE: CASE SCHEDULE
CASE NO. C 05-03955 MHP

Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc., and Defendants Dako North America, Inc. and Dako Denmark A/S (collectively "Dako"), by and through their respective counsel, stipulate as follows:

1.  The parties agree to further meet and confer regarding the scope of document production as related to the seven additional accused split-signal products;

2.  Dako agrees to make available for deposition an additional Rule 30(b)(6) witness to testify regarding the seven additional accused split-signal products after November 3, 2008, if necessary;

3.  With the agreements above, the parties stipulate to the following case schedule:

| Deadline | Event |
| --- | --- |
| 8/15/08 (set by Court) | Designation of witnesses (other than experts) to be called in a party's case-in-chief |
| 10/08/08 | Last day for parties to complete document production except as related to the seven additional accused split-signal products |
| 11/03/08 | Last day for parties to complete document production as related to the seven additional accused split-signal products |
| 11/17/08 (set by Court) | Close of non-expert discovery |
| 11/24/08 at 3pm (set by Court) | Further Status Conference (with a joint supplemental status report to be filed one week prior) |
| 12/01/08 (set by Court) | Last day to serve opening expert reports on issues for which the party bears the burden of proof |
| 12/08/08 (set by Court) | Last day to file motions for summary judgment regarding the validity and/or enforceability of the patent-in-suit |
| 12/24/08 | Last day to file oppositions to motions for summary judgment regarding the validity and/or enforceability of the patent-in-suit |
| 1/12/09 | Last day to file reply briefs in support of motions for summary judgment regarding the validity and/or enforceability of the patent-in-suit |
| 1/19/09 | Last day to serve rebuttal expert reports on issues for which the party does not bear the burden of proof |

STIPULATION AND ORDER RE: CASE SCHEDULE
CASE NO. C 05-03955 MHP

2

| | |
|---|---|
| 1/25/09 | Close of expert discovery regarding validity and enforceability of the patent-in-suit |
| 1/26/09 at 2pm (set by Court) | Hearing on motions for summary judgment regarding the validity and/or enforceability of the patent-in-suit |
| 2/09/09 | Last day to file motions for summary judgment regarding infringement of the patent-in-suit |
| 2/13/09 | Close of expert discovery regarding infringement and damages |
| 2/23/09 | Last day to file oppositions to motions for summary judgment regarding infringement of the patent-in-suit |
| 3/02/09 | Last day to file reply briefs in support of motions for summary judgment regarding infringement of the patent-in-suit |
| 3/16/09 at 2pm | Hearing on motions for summary judgment regarding infringement of the patent-in-suit |
| 5/12/09 at 8:30am (set by Court) | Trial |

Dated: August 26, 2008                              FENWICK & WEST LLP


By:   /s/ Carolyn Chang

Attorneys for Plaintiffs/Counterdefendants

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

Dated:  August 26, 2008                             FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.


By:   /s/ Tina E. Hulse

Attorneys for Defendants/Counterclaimants

DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

STIPULATION AND ORDER RE:  CASE SCHEDULE
CASE NO. C 05-03955 MHP

3

1  **ORDER**

2  Pursuant to the foregoing Stipulation, and good cause appearing therefore;

3  **IT IS SO ORDERED.**

5  Dated: August 27, 2008

6  By: _____
    The Honorable Marilyn Hall Patel
    UNITED STATES DISTRICT JUDGE



FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND ORDER RE: CASE SCHEDULE
CASE NO. C 05-03955 MHP

4