1  LYNN H. PASAHOW (CSB No. 054283)
   (lpasahow@fenwick.com)
2  MICHAEL J. SHUSTER (CSB No. 191611)
   (mshuster@fenwick.com)
3  HEATHER N. MEWES (CSB No. 203690)
   (hmewes@fenwick.com)
4  CAROLYN CHANG (CSB No. 217933)
   (cchang@fenwick.com)
5  RYAN A. TYZ (CSB No. 234895)
   (rtyz@fenwick.com)
6  FENWICK & WEST LLP
   801 California Street
7  Mountain View, CA 94041
   Telephone: 650.988.8500
8  Facsimile: 650.938.5200

9  Attorneys for Plaintiffs and Counterdefendants

10 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, ABBOTT MOLECULAR INC., and
11 ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKO NORTH AMERICA, INC., and DAKO DENMARK A/S, <br><br> Defendants. | Case No. C-05-03955 MHP <br><br> **STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' PATENT LAW EXPERT, MARK E. NUSBAUM** <br><br> The Honorable Marilyn Hall Patel |
| AND RELATED COUNTERCLAIMS | |

STIPULATION EXTENDING TIME FOR
OPPOSITION TO DEFENDANTS' MIL

CASE NO. C-05-03955 MHP

Pursuant to Civil Local Rule 7-12, plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. (collectively "Plaintiffs") and defendants Dako North America, Inc. and Dako Denmark A/S (collectively "Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

1. Plaintiffs shall have until and including March 2, 2009 to serve their opposition to Defendants' Motion in Limine to Exclude the Testiomony of Plaintiffs' Patent Law Expert, Mark E. Nusbaum; and

2. Defendants shall have the option of waiving any reply brief and keeping the scheduled hearing date of March 16, 2009 at 2:00 p.m., or moving the hearing date to the next available hearing date and filing a reply in accordance with the time set by the local rules pursuant to such hearing date. In the event of the latter, the parties will notify the Court by further stipulation to have Defendants' motion heard on the next date the Court is available for hearing.

Dated: February 20, 2009                    FENWICK & WEST LLP


                                            By:     *Ryan Tyz*
                                                    Ryan Tyz

                                            Attorneys for Plaintiffs
                                            THE REGENTS OF THE UNIVERSITY OF
                                            CALIFORNIA, ABBOTT MOLECULAR
                                            INC., and ABBOTT LABORATORIES INC.

Dated: February 20, 2009                    FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.


                                            By:     *Tina Hulse*
                                                    Tina Hulse

                                            Attorneys for Defendant
                                            DAKOCYTOMATION CALIFORNIA, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. Plaintiffs shall have until and including March 2, 2009 to serve their opposition to Defendants' Motion in Limine to Exclude the Testiomony of Plaintiffs' Patent Law Expert, Mark E. Nusbaum; and

2. Defendants shall have the option of waiving any reply brief and keeping the scheduled hearing date of March 16, 2009 at 2:00 p.m., or moving the hearing date to the next available hearing date and filing a reply in accordance with the time set by the local rules pursuant to such hearing date. In the event of the latter, the parties will notify the Court by further stipulation to have Defendants motion heard on the next date the Court is available for hearing.

Dated: 2/27           , 2009

By: _____
The Honorable Marilyn Hall Patel



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION EXTENDING TIME FOR OPPOSITION TO DEFENDANTS' MIL     3     CASE NO. C-05-03955 MHP