| | |
|---|---|
| 1 | Lynn H. Pasahow (CSB No. 054283) (lpasahow@fenwick.com) | Thomas H. Jenkins (Admitted Pro Hac Vice) (tom.jenkins@finnegan.com) |
| 2 | Michael J. Shuster (CSB No. 191611) (mshuster@fenwick.com) | Anthony C. Tridico (Admitted Pro Hac Vice) (anthony.tridico@finnegan.com) |
| 3 | Heather N. Mewes (CSB No. 203690) (hmewes@fenwick.com) | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 4 | Carolyn Chang (CSB No. 217933) (cchang@fenwick.com) | 901 New York Avenue Washington, D.C. 20001-4413 |
| 5 | C. J. Alice Chuang (CSB No. 228556) (achuang@fenwick.com) | Telephone: 202.408.4000 Facsimile:  202.408.4400 |

Lynn H. Pasahow (CSB No. 054283)
(lpasahow@fenwick.com)
Michael J. Shuster (CSB No. 191611)
(mshuster@fenwick.com)
Heather N. Mewes (CSB No. 203690)
(hmewes@fenwick.com)
Carolyn Chang (CSB No. 217933)
(cchang@fenwick.com)
C. J. Alice Chuang (CSB No. 228556)
(achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

Thomas H. Jenkins (Admitted Pro Hac Vice)
(tom.jenkins@finnegan.com)
Anthony C. Tridico (Admitted Pro Hac Vice)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone: 202.408.4000
Facsimile:  202.408.4400

Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)
Wesley B. Derrick (CA Bar No. 244944)
(wesley.derrick@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: 650.849.6600
Facsimile:  650.849.6666

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. C 05-03955 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER RE:  FILING OF DEFENDANTS' AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

1    Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott
2  Laboratories Inc. (collectively "Plaintiffs"), and Defendants Dako North America, Inc. and Dako
3  Denmark A/S (collectively "Dako"), by and through their respective counsel, stipulate as follows:
4    WHEREAS the Plaintiffs have consented in writing to allow Dako to amend its Answer and
5  Counterclaims to Plaintiffs' Second Amended Complaint for Patent Infringement;
6    THEREFORE, the parties hereby stipulate and agree as follows:
7    Defendants Dako North America, Inc. and Dako Denmark A/S shall have leave to file the
8  Amended Answer, Defenses, and Counterclaims of Defendants Dako North America, Inc. and Dako
9  Denmark A/S in Response to Second Amended Complaint for Patent Infringement, a copy of which
10 is attached hereto as Exhibit A.
11   By her signature below, counsel for Defendants attests that counsel for all parties concur in
12 the filing of this stipulation.

13 Dated: February 20, 2009         FENWICK & WEST LLP
14
15                                  By:    /s/ Carolyn C. Chang
                                        Carolyn C. Chang
16
                                    Attorneys for Plaintiffs/Counterdefendants
17
                                    THE REGENTS OF THE UNIVERSITY OF
18                                  CALIFORNIA, ABBOTT MOLECULAR
                                    INC., and ABBOTT LABORATORIES INC.
19
20 Dated:  February 20, 2009        FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER L.L.P.
21
22                                  By:    /s/ Tina E. Hulse
                                        Tina E. Hulse
23
                                    Attorneys for Defendants/Counterclaimants
24
                                    DAKO NORTH AMERICA, INC. and DAKO
25                                  DENMARK A/S
26
27
28

2

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' AMENDED
ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. C 05-03955 MHP

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: 2/27 , 2009

By: _____
The Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE



3

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' AMENDED
ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. C 05-03955 MHP