1  LYNN H. PASAHOW (CSB No. 054283)
   (lpasahow@fenwick.com)
2  MICHAEL J. SHUSTER (CSB No. 191611)
   (mshuster@fenwick.com)
3  HEATHER N. MEWES (CSB No. 203690)
   (hmewes@fenwick.com)
4  CAROLYN CHANG (CSB No. 217933)
   (cchang@fenwick.com)
5  RYAN A. TYZ (CSB No. 234895)
   (rtyz@fenwick.com)
6  FENWICK & WEST LLP
   801 California Street
7  Mountain View, CA 94041
   Telephone: 650.988.8500
8  Facsimile: 650.938.5200

9  Attorneys for Plaintiffs and Counterdefendants
   THE REGENTS OF THE UNIVERSITY OF
10 CALIFORNIA, ABBOTT MOLECULAR INC., and
   ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKO NORTH AMERICA, INC., and DAKO DENMARK A/S, <br><br> Defendants. | Case No. C-05-03955 MHP <br><br> **STIPULATION EXTENDING DEADLINE TO COMPEL EXPERT DISCOVERY** <br><br> The Honorable Marilyn Hall Patel |
| AND RELATED COUNTERCLAIMS | |

STIPULATION EXTENDING DEADLINE TO
COMPEL EXPERT DISCOVERY                                    CASE NO. C-05-03955 MHP

Pursuant to Civil Local Rule 7-12, plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. (collectively "Plaintiffs") and defendants Dako North America, Inc. and Dako Denmark A/S (collectively "Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

1. The deadline to compel expert discovery shall be extended to March 20, 2009.

Dated: February 25, 2009

FENWICK & WEST LLP

By: /s/ *Carolyn Chang*
Carolyn Chang

Attorneys for Plaintiffs and Counterdefendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

Dated: February 25, 2009

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: /s/ *Tina Hulse*
Tina Hulse

Attorneys for Defendants
DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. The deadline to compel expert discovery shall be extended to March 20, 2009.

Dated: 2/27, 2009    By: _____
Judge Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

## ATTESTATION PURSUANT TO GENERAL ORDER

I, Carolyn Chang, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2009 in Mountain View, California.

/s/ *Carolyn Chang*
Carolyn Chang

STIPULATION EXTENDING DEADLINE TO COMPEL EXPERT DISCOVERY

CASE NO. C-05-03955 MHP