1  Lynn H. Pasahow (CSB 054283)
   (lpasahow@fenwick.com)
2  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
3  Mountain View, CA 940401
   Telephone:  (650) 988-8500
4  Facsimile:   (650) 938-5200

5  Attorneys for Plaintiffs/Counterclaim-Defendants
   THE REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA, ABBOTT MOLECULAR INC., and
   ABBOTT LABORATORIES INC.
7
   Thomas H. Jenkins (Admitted Pro Hac Vice)
8  (tom.jenkins@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
9    GARRETT & DUNNER, L.L.P.
   901 New York Avenue
10 Washington D.C, 20001-4413
   Telephone:     (202) 408-4000
11 Facsimile:      (202) 408-4400

12 Attorneys for Defendants/Counterclaim-Plaintiffs
   DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S
13
   [Additional Counsel appear on signature page]
14
                          UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                            SAN FRANCISCO DIVISION
17

18 | THE REGENTS OF THE UNIVERSITY | Case No. C-05-03955 MHP |
   | OF CALIFORNIA, ABBOTT |  |
19 | MOLECULAR INC., and ABBOTT | **STIPULATION AND [PROPOSED] ORDER** |
   | LABORATORIES INC.,| **TO CHANGE DATE OF TRIAL** |
20 |  |  |
21 |                Plaintiffs, |  |
22 |        v. | Judge:  Marilyn Hall Patel |
23 | DAKO NORTH AMERICA, INC. and |  |
   | DAKO DENMARK A/S, |  |
24 |  |  |
   |                Defendants. |  |
25 |  |  |
26 | AND RELATED COUNTERCLAIMS |  |

27

28

## STIPULATION TO CHANGE TRIAL DATE

WHEREAS, the Court has currently scheduled trial to begin on May 12, 2009;

WHEREAS, Defendants Dako North America, Inc. and Dako Denmark A/S (collectively "Defendants") recently learned of a conflict with the May 12, 2009, trial date of their expert who will testify on invalidity and inequitable conduct;

WHEREAS, Plaintiffs The Regents of the University of California, Abbott Molecular Inc., and Abbott Laboratories Inc. (collectively "Plaintiffs") recently learned that their technical expert who will testify on issues of infringement, validity, and enforceability may have a potential conflict during the week of May 18, 2009;

WHEREAS, Plaintiffs and Defendants have conferred and determined that their witnesses could be available if the trial date was moved from May 12, 2009, to May 26, 2009, or to the next available trial date thereafter;

Pursuant to Civil L.R. 6-2, Plaintiffs and Defendants stipulate and jointly move for an order to move the current May 12, 2009, trial date two weeks out to May 26, 2009, or to the next available trial date thereafter.  The parties make this request subject to the Court's availability.

The parties respectfully suggest that if the Court moves the trial date, the pretrial conference date and the corresponding date for exchange of pretrial pleadings be postponed by the same amount of time.

By her signature below, counsel for Defendants attests that counsel for Plaintiffs concurs in the filing of this document.

Dated: March 24, 2009

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.


By:_____/s/  Tina E. Hulse_____
               Tina E. Hulse

Thomas H. Jenkins (Admitted *Pro hac vice*)
(Tom.Jenkins@finnegan.com)
Anthony C. Tridico (Admitted *Pro hac vice*)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

STIPULATION AND [PROPOSED] ORDER
TO CHANGE DATE OF TRIAL
CASE NO. C-05-03955 MHP

1     Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)

2     Wesley Derrick (CA Bar No. 244944_
(wesley.derrick@finnegan.com)

3     Sarah E. Craven (CA Bar No. 261046)
(sarah.craven@finnegan.com)

4     FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

5     Stanford Research Park
3300 Hillview Avenue

6     Palo Alto, CA 94304
Telephone:  (650) 849-6600

7     Facsimile:   (650) 849-6666

8     Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO

9     DENMARK A/S

10    Dated:  March 24, 2009     FENWICK & WEST LLP

11     By:_____/s/ Carolyn Chang_____
           Carolyn Chang

12

13    LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)

14    MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)

15    HEATHER N. MEWES (CSB No. 203690)
(hmewes@fenwick.com)

16    CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)

17    C. J. ALICE CHUANG (CSB No. 228556)
(achuang@fenwick.com)

18    FENWICK & WEST LLP
801 California Street

19    Mountain View, CA 94041
Telephone:  (650) 988-8500

20    Facsimile:   (650) 938-5200

21    Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF

22    CALIFORNIA, ABBOTT MOLECULAR
INC., and ABBOTT LABORATORIES INC.

23

24

25

26

27

28

1

## SUPPORTING DECLARATION OF TINA E. HULSE

2  I, TINA E. HULSE, declare as follows:

3       1.     I am an attorney licensed to practice before this Court and all courts of the State of

4  California, and am an associate of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel

5  for the Defendants in the above-entitled action.  The matters stated herein are based upon my

6  personal knowledge, and if called as a witness, would testify as to them.

7       2.     Defendants' only disclosed expert to support their invalidity and inequitable conduct

8  defenses is Dr. Robert Singer.  During a recent conversation, Dr. Singer told me that he has a

9  conflict with the currently scheduled May 12-22, 2009, trial date.

10       3.     Shortly after learning of this conflict, Defendants' counsel contacted Plaintiffs'

11  counsel.  Plaintiffs' counsel, Lynn Pasahow, advised that Plaintiffs would be willing to

12  accommodate Dr. Singer's schedule and move the trial date.  Tentatively, the parties determined that

13  their witnesses could accommodate a postponement of two weeks, to May 26, 2009.  Mr. Pasahow

14  further indicated that Plaintiffs would consider the Court's next available trial date if the suggested

15  alternative date of May 26 were inconvenient with the Court.

16       4.     I have also been informed by counsel for Plaintiffs that their technical expert may

17  also have a potential conflict during the currently scheduled May 12, 2009, trial, and thus would also

18  be interested in having the trial moved two weeks or to the next available trial date thereafter.

19       5.     There have been no previous time modifications of the trial date following remand

20  from the Federal Circuit.

21       6.     A change in time continuing the currently scheduled May 12, 2009, trial date for two

22  weeks after may affect the other pretrial dates scheduled in this case, including the due date for the

23  pretrial papers and the pretrial conference.

24       I declare under penalty of perjury under the laws of the United States that the foregoing is

25  true and correct and this declaration was executed this 24th day of March, 2009, at Palo Alto,

26  California.

27

28

STIPULATION AND [PROPOSED] ORDER
TO CHANGE DATE OF TRIAL
CASE NO. C-05-03955 MHP

1   Dated: March 24, 2009

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By:____/s/  Tina E. Hulse_____
    Tina E. Hulse
    Attorneys for Defendants/Counterclaim-Plaintiffs
    DAKO NORTH AMERICA, INC. and DAKO
    DENMARK A/S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Upon Good Cause Shown, the Court hereby ORDERS:

The date of trial shall be changed from May 12, 2009, to __May 27_____, 2009.
The date for the pretrial conference shall be changed from April 23, 2009, to _May 6_____,
2009, at _2:30 p.m_____.  The due date for exchange of pretrial pleadings shall be changed from
April 13, 2009, to __April 24_____, 2009.

**IT IS SO ORDERED.**

Dated:  __3/25_____, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
TO CHANGE DATE OF TRIAL
CASE NO. C-05-03955 MHP