1  LYNN H. PASAHOW (CSB 054283)
   (lpasahow@fenwick.com)
2  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
3  Mountain View, CA 940401
   Telephone:  (650) 988-8500
4  Facsimile:   (650) 938-5200

5  Attorneys for Plaintiffs/Counterclaim-Defendants
   THE REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA, ABBOTT MOLECULAR INC., and
   ABBOTT LABORATORIES INC.
7

8  THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
   (tom.jenkins@finnegan.com)
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
10 901 New York Avenue
   Washington D.C, 20001-4413
11 Telephone:    (202) 408-4000
   Facsimile:     (202) 408-4400
12

13 Attorneys for Defendants/Counterclaim-Plaintiffs
   DAKO NORTH AMERICA, INC. and DAKO
14 DENMARK A/S

15 [Additional Counsel appear on signature page]

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., | Case No. C 05-03955 MHP |
| 20 | **STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL CLAIM CONSTRUCTION** |
| 21 | |
| 22       Plaintiffs, | |
| 23  v. | The Honorable Marilyn Hall Patel |
| 24  DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S, | |
| 25       Defendants. | |
| 26 | |
|     AND RELATED COUNTERCLAIMS. | |
| 27 | |

28

STIPULATION RE SUPPL. CLAIM
CONSTRUCTION                                             CASE NO. C 05-3955 MHP

1      WHEREAS, hearing on the parties' supplemental claim construction briefing on the
2 proper construction of "blocking nucleic acid" is currently scheduled for April 23, 2009;
3      WHEREAS, the parties have since met and conferred and agree to a construction of
4 "blocking nucleic acid";
5      Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott
6 Laboratories Inc. ("plaintiffs") and defendants Dako North America, Inc. and Dako Denmark A/S
7 ("Dako") hereby stipulate as follows:
8      1)   The parties agree that "blocking nucleic acid" should be construed to mean
9 "nucleic acid used to prevent hybridization of repetitive sequences in the labeled nucleic acid to
10 the chromosomal DNA";
11      2)   The hearing on the parties' supplemental claim construction briefing scheduled for
12 April 23, 2009 is made moot by this construction and is therefore taken off-calendar;
13      3)   The hearing on Dako's Motion for Partial Summary Judgment of Noninfringement
14 (Docket No. 269) scheduled for April 23, 2009 is made moot by this construction and is therefore
15 taken off-calendar;
16      4)   The hearing on Plaintiffs' Motion for Summary Judgment of Infringement (Docket
17 No. 265) and Dako's Motion in Limine to Exclude Testimony of Mark E. Nusbaum (Docket No.
18 276) also scheduled for April 23, 2009 will proceed;
19      5)   Dako will have until April 17, 2009 to amend the Expert Report of Robert H.
20 Singer, Ph.D. ("Singer Report") to address the amended construction of "blocking nucleic acid."
21 Any amendment to the Singer Report will be limited to Dr. Singer's opinions regarding written
22 description and enablement under 35 U.S.C. § 112 ¶ 1 that arise solely because of the amendment
23 to the construction of "blocking nucleic acid."  Specifically, any amendment will be limited to
24 addressing any written description or enablement argument that arises from the difference in the
25 scope of an invention that covers use of "repetitive-sequence-enriched DNA or RNA" and an
26 invention that covers use of "nucleic acid used to prevent hybridization of repetitive sequences in
27 the labeled nucleic acid to the chromosomal DNA."  No other amendment to the Singer Report is
28 allowed by this stipulation;

1    6) The parties agree that the opinions in the Expert Report of Dr. James Coull ("Coull Report") that the use of PNA in the accused *HER2* and *TOP2A* is not equivalent to the use of "blocking nucleic acid" as claimed in the '841 patent shall apply as well to the use of PNA in Dako's other accused products;

7) Plaintiffs will have until May 1, 2009 to amend the Rebuttal Expert Report of Dr. Mary E. Harper ("Harper Rebuttal Report") to respond to any amendments to the Singer Report;

8) Dako will make Dr. Singer available to plaintiffs for deposition to address any amendment to the Singer Report. Plaintiffs will make Dr. Harper available for a supplemental deposition if plaintiffs re-depose Dr. Singer;

9) Any amendment to the parties' expert reports will have no effect on motions for summary judgment. Specifically, any amendment to the Singer Report or the Harper Rebuttal Report will not be used to supplement any of the parties' pending motions for summary judgment. Nor will any amendment to the Singer Report or the Harper Rebuttal Report be used as a basis to bring any new motion for summary judgment;

10) Neither party will contend that this stipulation or any action taken pursuant to it supports any change to the existing pretrial or trial schedule other than as provided herein.

| | | |
|---|---|---|
| 1 | Dated: April 9, 2009 | FENWICK & WEST LLP |
| 2 | | By:  /s/ Carolyn Chang |
| | | Carolyn Chang |

LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
HEATHER N. MEWES (CSB No. 203690)
(hmewes@fenwick.com)
CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)
RYAN A. TYZ (CSB NO. 234895)
(rtyz@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ABBOTT MOLECULAR INC.,
and ABBOTT LABORATORIES INC.

| | | |
|---|---|---|
| 1 | Dated:  April 9, 2009 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 2 | | |
| 3 | | By:  _____Tina E. Hulse_____<br>        Tina E. Hulse |

THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
(tom.jenkins@finnegan.com)
ANTHONY C. TRIDICO (Admitted *Pro Hac Vice*)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)
Wesley Derrick (CA Bar No. 244944)
(wesley.derrick@finnegan.com)
Sarah E. Craven (CA Bar No. 261046)
(sarah.craven@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO
DENMARK A/S

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders as follows:

1) The parties agree that "blocking nucleic acid" should be construed to mean "nucleic acid used to prevent hybridization of repetitive sequences in the labeled nucleic acid to the chromosomal DNA";

2) The hearing on the parties' supplemental claim construction briefing scheduled for April 23, 2009 is made moot by this construction and is therefore taken off-calendar;

3) The hearing on Dako's Motion for Partial Summary Judgment of Noninfringement (Docket No. 269) scheduled for April 23, 2009 is made moot by this construction and is therefore taken off-calendar;

4) The hearing on Plaintiffs' Motion for Summary Judgment of Infringement (Docket No. 265) and Dako's Motion in Limine to Exclude Testimony of Mark E. Nusbaum (Docket No. 276) also scheduled for April 23, 2009 will proceed;

5) Dako will have until April 17, 2009 to amend the Expert Report of Robert H. Singer, Ph.D. ("Singer Report") to address the amended construction of "blocking nucleic acid." Any amendment to the Singer Report will be limited to Dr. Singer's opinions regarding written description and enablement under 35 U.S.C. § 112 ¶ 1 that arise solely because of the amendment to the construction of "blocking nucleic acid." Specifically, any amendment will be limited to addressing any written description or enablement argument that arises from the difference in the scope of an invention that covers use of "repetitive-sequence-enriched DNA or RNA" and an invention that covers use of "nucleic acid used to prevent hybridization of repetitive sequences in the labeled nucleic acid to the chromosomal DNA." No other amendment to the Singer Report is allowed by this stipulation;

6) The parties agree that the opinions in the Expert Report of Dr. James Coull ("Coull Report") that the use of PNA in the accused *HER2* and *TOP2A* is not equivalent to the use of "blocking nucleic acid" as claimed in the '841 patent shall apply as well to the use of PNA in Dako's other accused products;

1    7)   Plaintiffs will have until May 1, 2009 to amend the Rebuttal Expert Report of Dr. Mary E. Harper ("Harper Rebuttal Report") to respond to any amendments to the Singer Report;

    8)   Dako will make Dr. Singer available to plaintiffs for deposition to address any amendment to the Singer Report.  Plaintiffs will make Dr. Harper available for a supplemental deposition if plaintiffs re-depose Dr. Singer;

    9)   Any amendment to the parties' expert reports will have no effect on motions for summary judgment.  Specifically, any amendment to the Singer Report or the Harper Rebuttal Report will not be used to supplement any of the parties' pending motions for summary judgment.  Nor will any amendment to the Singer Report or the Harper Rebuttal Report be used as a basis to bring any new motion for summary judgment;

    10)  Except as provided in this order, the pretrial and trial schedule previously established remains in effect.

**IT IS SO ORDERED.**

Dated:  4/13          , 2009



By: _____
Marilyn Hall Patel
United States District Judge
Northern District of California

STIPULATION RE SUPPL. CLAIM CONSTRUCTION            7            CASE NO C 05-3955 MHP