1  LYNN H. PASAHOW (CSB 054283)
   (lpasahow@fenwick.com)
2  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
3  Mountain View, CA 940401
   Telephone:  (650) 988-8500
4  Facsimile:  (650) 938-5200

5  Attorneys for Plaintiffs/Counterclaim-Defendants
   THE REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA, ABBOTT MOLECULAR INC., and
   ABBOTT LABORATORIES INC.
7

8  THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
   (tom.jenkins@finnegan.com)
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
10 901 New York Avenue
   Washington D.C, 20001-4413
11 Telephone:    (202) 408-4000
   Facsimile:    (202) 408-4400
12

13 Attorneys for Defendants/Counterclaim-Plaintiffs
   DAKO NORTH AMERICA, INC. and DAKO
14 DENMARK A/S

15 [Additional Counsel appear on signature page]

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19 THE REGENTS OF THE UNIVERSITY      Case No. C 05-03955 MHP
   OF CALIFORNIA, ABBOTT
20 MOLECULAR INC., and ABBOTT         **STIPULATION AND [PROPOSED] ORDER**
   LABORATORIES INC.,                 **TO BRING EQUIPMENT INTO**
21                                     **COURTROOM FOR TRIAL**

22              Plaintiffs,

23        v.                           The Honorable Marilyn Hall Patel

24 DAKO NORTH AMERICA, INC. and
   DAKO DENMARK A/S,

25             Defendants.

26 _____

27 AND RELATED COUNTERCLAIMS.

28

STIP. TO BRING EQUIP. INTO
COURTROOM                                          CASE NO. C 05-3955 MHP

Plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. (collectively "Plaintiffs") and defendants Dako North America, Inc. and Dako Denmark A/S (collectively "Dako"), by and through their counsel, respectfully submit this Stipulation requesting an Order granting permission to bring the following equipment into the courtroom for the trial of this matter, currently set to commence on May 26, 2009:

(1)   One Elmo HV-5000 visual presenter;

(2)   Three 17" flat panel displays (one for speaking attorney and one for each presentation operator);

(3)   Two LCD projectors;

(4)   One Da-lite 8' tripod projection screen;

(5)   One Extron distribution amp;

(6)   Two Extron 6x1 switchers;

(7)   One powered sound system;

(8)   Two volume controllers;

(9)   Two easels;

(10)   One flipchart easel;

(11)   Two small desks for presentation operators;

(12)   One A-V cart;

(13)   Miscellaneous stands, carts, cables, connectors, skirts, wireless mice, laser pointers, power supplies, etc.;

(14)   Laptop computers;

(15)   Six library carts;

(16)   One laser printer (to be setup in Plaintiffs' assigned breakout room);

(17)   Two Pointmaker; and

(18)   One portable printer (to be setup in Defendants' assigned breakout room).

The parties further request the Court's permission to enter the courtroom on Friday, May 22, 2009 at a time convenient for the Court to assemble the aforementioned equipment in advance of the trial.  The parties will send representative(s) from Advanced Courtroom Technologies,

1    Fenwick & West LLP, and/or Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to aid in

2    the technology set-up.

3        Good cause exists for the requested order because the equipment will facilitate the

4    presentation of the case to the jury at trial.

5        **IT IS SO STIPULATED.**

6

7    Dated:  May 14, 2009                    FENWICK & WEST LLP

8                                           By:_____*/s/ Jeffrey V. Lasker*_____
                                                        Jeffrey V. Lasker

9                                           LYNN H. PASAHOW (CSB No. 054283)
                                            (lpasahow@fenwick.com)
10                                          DARRYL M. WOO (CSB No. 100513)
                                            (dwoo@fenwick.com)
11                                          MICHAEL J. SHUSTER (CSB No. 191611)
                                            (mshuster@fenwick.com)
12                                          HEATHER N. MEWES (CSB No. 203690)
                                            (hmewes@fenwick.com)
13                                          CAROLYN CHANG (CSB No. 217933)
                                            (cchang@fenwick.com)
14                                          RYAN A. TYZ (CSB No. 234895)
                                            (rtyz@fenwick.com)
15                                          JEFFREY V. LASKER (CSB No. 246029)
                                            (jlasker@fenwick.com)
16                                          FENWICK & WEST LLP
                                            801 California Street
17                                          Mountain View, CA 94041
                                            Telephone:  650.988.8500
18                                          Facsimile:  650.938.5200

19                                          Attorneys for Plaintiffs/Counterclaim-Defendants
                                            THE REGENTS OF THE UNIVERSITY OF
20                                          CALIFORNIA, ABBOTT MOLECULAR INC.,
                                            and ABBOTT LABORATORIES INC.
21

22

23

24

25

26

27

28

STIP. TO BRING EQUIP. INTO                    3                    CASE NO C 05-3955 MHP
COURTROOM

1  Dated:  May 14, 2009                    FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, L.L.P.
2

3                                          By:         /s/ Tina E. Hulse
                                                      Tina E. Hulse

4                                          THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
                                           (tom.jenkins@finnegan.com)
5                                          ANTHONY C. TRIDICO (Admitted *Pro Hac Vice*)
                                           (anthony.tridico@finnegan.com)
6                                          FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.
7                                          901 New York Avenue
                                           Washington, D.C. 20001-4413
8                                          Telephone:     (202) 408-4000
                                           Facsimile:     (202) 408-4400
9
                                           Tina E. Hulse (CA Bar No. 232936)
10                                         (tina.hulse@finnegan.com)
                                           Wesley Derrick (CA Bar No. 244944)
11                                         (wesley.derrick@finnegan.com)
                                           Sarah E. Craven (CA Bar No. 261046)
12                                         (sarah.craven@finnegan.com)
                                           FINNEGAN, HENDERSON, FARABOW,
13                                           GARRETT & DUNNER, L.L.P.
                                           Stanford Research Park
14                                         3300 Hillview Avenue
                                           Palo Alto, California  94304
15                                         Telephone:     (650) 849-6600
                                           Facsimile:     (650) 849-6666
16
                                           Attorneys for Defendants/Counterclaim-Plaintiffs
17                                         DAKO NORTH AMERICA, INC. and DAKO
                                           DENMARK A/S
18

19

20             **ATTESTATION PURSUANT TO GENERAL ORDER 45**

21          I, Jeffrey V. Lasker, attest that consent to file this document has been obtained from Tina

22  E. Hulse.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this

23  14th day of May, 2009 in San Francisco, California.

24

25                                                  */s/ Jeffrey V. Lasker*
                                                    Jeffrey V. Lasker

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders

3 that the parties, their attorneys and/or representative may bring the following equipment into the

4 courtroom for the trial of this matter, currently set to commence on May 26, 2009:

5          (1)      One Elmo HV-5000 visual presenter;

6          (2)      Three 17" flat panel displays (one for speaking attorney and one for each

7                   presentation operator);

8          (3)      Two LCD projectors;

9          (4)      One Da-lite 8' tripod projection screen;

10         (5)      One Extron distribution amp;

11         (6)      Two Extron 6x1 switchers;

12         (7)      One powered sound system;

13         (8)      Two volume controllers;

14         (9)      Two easels;

15         (10)     One flipchart easel;

16         (11)     Two small desks for presentation operators;

17         (12)     One A-V cart;

18         (13)     Miscellaneous stands, carts, cables, connectors, skirts, wireless mice, laser

19                  pointers, power supplies, etc.;

20         (14)     Laptop computers;

21         (15)     Six library carts;

22         (16)     One laser printer (to be setup in Plaintiffs' assigned breakout room);

23         (17)     Two Pointmaker; and

24         (18)     One portable printer (to be setup in Defendants' assigned breakout room).

25         Representative(s) from Advanced Courtroom Technologies, Fenwick & West LLP, and/or

26 Finnegan, Henderson, Farabow, Garrett & Dunner, LLP may enter the courtroom on Friday, May

27 22, 2009 at ___ a.m./p.m. to assemble the aforementioned equipment in advance of the trial.

28 ///

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated:  May 15. 2009

4                  By: _____

5                        The H_____ al Patel

6                                 udge

7                                     ornia



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28