LYNN H. PASAHOW (CSB 054283)
(lpasahow@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 940401
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
(tom.jenkins@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington D.C, 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 05-03955 MHP <br><br> **JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE TRIAL DATE;** ~~**[PROPOSED]**~~ **ORDER** <br><br> **Bench Trial:** May 26, 2009 <br> **Trial Date**: May 27, 2009 <br><br> The Honorable Marilyn Hall Patel |

JOINT NOTICE OF SETTLEMENT AND
MOTION TO VACATE TRIAL DATE                                                CASE NO. C 05-3955 MHP

1    Pursuant to Civil Local Rule 40-1 and Civil Local Rule 7, plaintiffs The Regents of the
2    University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. and defendants
3    Dako North America, Inc. and Dako Denmark A/S ("Defendants"), (collectively "the parties")
4    hereby jointly provide the Court with Notice of Settlement and respectfully request the Court to
5    vacate the current Tuesday, May 26, 2009 bench trial and Wednesday, May 27, 2009 jury trial
6    dates.

7    On Thursday, May 21, 2009 the parties executed a binding Memorandum of
8    Understanding resolving the claims and counterclaims in the above-entitled litigation.  The parties
9    are currently preparing a formal and comprehensive written Settlement Agreement, which will
10   include a dismissal of all claims and counterclaims in this action.

11   To allow the parties sufficient time to prepare and execute the Settlement Agreement and
12   resolve this action, the parties respectfully request the Court vacate the currently scheduled trial
13   dates.  The bench trial on inequitable conduct is currently scheduled to begin on Tuesday, May
14   26, 2009.  In addition, the jury trial is scheduled to begin on Wednesday, May 27, 2009.  The
15   parties expect to have the Settlement Agreement executed and a dismissal of all claims and
16   counterclaims filed within the next thirty days.  Accordingly, the parties jointly move the Court
17   for an order vacating the current trial dates.  The parties shall notify the Court by June 19, 2009 of
18   the status of the Settlement Agreement if no dismissal is filed before that date.
19   / / /
20   / / /
21   / / /

| | | |
|---|---|---|
| 1 | Dated: May 21, 2009 | FENWICK & WEST LLP |
| 2 | | By: _____/s/ Lynn H. Pasahow_____ |
| | | Lynn H. Pasahow |

LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
HEATHER N. MEWES (CSB No. 203690)
(hmewes@fenwick.com)
CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)
RYAN A. TYZ (CSB NO. 234895)
(rtyz@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs/Counterclaim-Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

| | | |
|---|---|---|
| 1 | Dated:  May 21, 2009 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 2 | | |
| 3 | | By:          /s/ Thomas H. Jenkins<br>              Thomas H. Jenkins |

THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
(tom.jenkins@finnegan.com)
ANTHONY C. TRIDICO (Admitted *Pro Hac Vice*)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)
Wesley Derrick (CA Bar No. 244944)
(wesley.derrick@finnegan.com)
Sarah E. Craven (CA Bar No. 261046)
(sarah.craven@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO
DENMARK A/S

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Carolyn Chang, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21th day of May, 2009 in Mountain View, California.

                                             */s/ Carolyn Chang*          _____
                                                    Carolyn Chang

1

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Notice of Settlement and Joint Motion to Vacate Trial Date, and good cause appearing, it is hereby ORDERED:

1.  The May 26, 2009 hearing on inequitable conduct is hereby vacated;

2.  The jury trial, scheduled to begin on May 27, 2009, is hereby vacated;

3.  The above-entitled action is continued for thirty days pending the execution of a formal Settlement Agreement to include a dismissal of the above-entitled action. The parties shall notify the Court by June 19, 2009 of the status of the litigation if no dismissal of the action is filed by that date.

**IT IS SO ORDERED**.

Dated:  May 22, 2009                         By: _____
                                                                        Judge Marilyn H. Patel

