1  LYNN H. PASAHOW (CSB 054283)
    (lpasahow@fenwick.com)
2  FENWICK & WEST LLP
    Silicon Valley Center, 801 California Street
3  Mountain View, CA 940401
    Telephone:  (650) 988-8500
4  Facsimile:  (650) 938-5200

5  Attorneys for Plaintiffs/Counterclaim-Defendants
    THE REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA, ABBOTT MOLECULAR INC., and
    ABBOTT LABORATORIES INC.
7

8  THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
    (tom.jenkins@finnegan.com)
9  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
10 901 New York Avenue
    Washington D.C, 20001-4413
11 Telephone:    (202) 408-4000
    Facsimile:     (202) 408-4400
12

13 Attorneys for Defendants/Counterclaim-Plaintiffs
    DAKO NORTH AMERICA, INC. and DAKO
14 DENMARK A/S

15 [Additional Counsel appear on signature page]

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20 THE REGENTS OF THE UNIVERSITY       Case No. C 05-03955 MHP
    OF CALIFORNIA, ABBOTT
    MOLECULAR INC., and ABBOTT         **STIPULATION AND STATUS REPORT;**
21 LABORATORIES INC.,                   **[PROPOSED] ORDER**

22               Plaintiffs,

23        v.                            The Honorable Marilyn Hall Patel

24 DAKO NORTH AMERICA, INC. and
    DAKO DENMARK A/S,
25
                 Defendants.
26

27 AND RELATED COUNTERCLAIMS

28

1   Pursuant to the Court's May 22, 2009 Order Vacating Trial Date, plaintiffs The Regents
2   of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. and
3   defendants Dako North America, Inc. and Dako Denmark A/S ("Defendants"), (collectively "the
4   parties") hereby, through their respective counsel, provide the following status report to the
5   Court:
6   WHEREAS, the parties are continuing negotiations to finalize and execute a formal
7   Settlement Agreement, including a dismissal of the above-entitled action pursuant to the parties'
8   May 21, 2009 binding Memorandum of Understanding resolving the claims and counterclaims in
9   the above-entitled action;
10  WHEREAS, the parties expect the Settlement Agreement, including a dismissal of this
11  action, to be finalized shortly, but not before the June 19, 2009 date set forth in the Court's May
12  22, 2009 Order Vacating Trial Date;
13  The parties through the respective counsel hereby stipulate to and respectfully request the
14  Court to order as follows:
15  1.   The above-entitled action is continued for an additional 21 days pending the
16  execution of a formal Settlement Agreement to include a dismissal of the above-entitled action.
17  The parties shall notify the Court by July 10, 2009 of the status of the litigation if no dismissal of
18  the action is filed by that date.
19
20
21
22
23
24
25
26
27
28

1   Dated:  June 18, 2009                    FENWICK & WEST LLP

2                                            By:_____/s/ Carolyn Chang_____
                                                        Carolyn Chang
3
                                             LYNN H. PASAHOW (CSB No. 054283)
4                                            (lpasahow@fenwick.com)
                                             MICHAEL J. SHUSTER (CSB No. 191611)
5                                            (mshuster@fenwick.com)
                                             HEATHER N. MEWES (CSB No. 203690)
6                                            (hmewes@fenwick.com)
                                             CAROLYN CHANG (CSB No. 217933)
7                                            (cchang@fenwick.com)
                                             RYAN A. TYZ (CSB NO. 234895)
8                                            (rtyz@fenwick.com)
                                             FENWICK & WEST LLP
9                                            801 California Street
                                             Mountain View, CA 94041
10                                           Telephone:  650.988.8500
                                             Facsimile:   650.938.5200
11
                                             Attorneys for Plaintiffs/Counterclaim-Defendants
12                                           THE REGENTS OF THE UNIVERSITY OF
                                             CALIFORNIA, ABBOTT MOLECULAR INC.,
13                                           and ABBOTT LABORATORIES INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 18, 2009

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By:      /s/ Tina E. Hulse
                Tina E. Hulse

THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
(tom.jenkins@finnegan.com)
ANTHONY C. TRIDICO (Admitted *Pro Hac Vice*)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
(tina.hulse@finnegan.com)
Wesley Derrick (CA Bar No. 244944)
(wesley.derrick@finnegan.com)
Sarah E. Craven (CA Bar No. 261046)
(sarah.craven@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendants/Counterclaim-Plaintiffs
DAKO NORTH AMERICA, INC. and DAKO
DENMARK A/S

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Carolyn Chang, attest that concurrence in the filing of this document has been obtained

from any signatories indicated by a "conformed" signature (/s/) within this e-filed document

I declare under penalty of perjury that the foregoing is true and correct.  Executed this

18th day of June, 2009 in Mountain View, California.

            */s/ Carolyn Chang*
                Carolyn Chang

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having reviewed the parties' Status Report and pursuant to the Stipulation, good cause appearing, it is hereby ORDERED:

1.     The above-entitled action is continued for an additional 21 days pending the execution of a formal Settlement Agreement to include a dismissal of the above-entitled action. The parties shall notify the Court by July 10, 2009 of the status of the litigation if no dismissal of the action is filed by that date.

**IT IS SO ORDERED**.

Dated: June 19 , 2009                    By:_____

The Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA