**COUNSEL LISTED ON SIGNATURE PAGES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S, <br><br> Defendants. | Case No. C 05-03955 MHP <br><br> **STIPULATION AND STATUS REPORT; [PROPOSED] ORDER** <br><br> Judge: Marilyn Hall Patel |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's May 22, 2009, Order Vacating Trial Date and June 19, 2009, Stipulation and Order, plaintiffs The Regents of the University of California, Abbott Molecular Inc. and Abbott Laboratories Inc. and defendants Dako North America, Inc. and Dako Denmark A/S ("Defendants"), (collectively "the parties") hereby, through their respective counsel, provide the following status report to the Court:

WHEREAS, the parties are continuing negotiations to finalize and execute a formal Settlement Agreement, including a dismissal of the above-entitled action pursuant to the parties'

1   May 21, 2009, binding Memorandum of Understanding resolving the claims and counterclaims in
2   the above-entitled action;
3       WHEREAS, the parties expect the Settlement Agreement, including a dismissal of this
4   action, to be finalized shortly, but not before the July 10, 2009, date set forth in the Court's June 19,
5   2009, Stipulation and Order;
6       The parties through their respective counsel hereby stipulate to and respectfully request the
7   Court to order as follows:
8       The above-entitled action is continued for an additional 21 days pending the execution of a
9   formal Settlement Agreement to include a dismissal of the above-entitled action. The parties shall
10  notify the Court by July 31, 2009, of the status of the litigation if no dismissal of the action is filed
11  by that date.
12      By her signature below, counsel for defendants attests that counsel for plaintiffs concurs in
13  the filing of this document.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2009 | FENWICK & WEST LLP |
| 2 | | By: _____/s/ Carolyn Chang_____ |
| | | Carolyn Chang |

LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611)
(mshuster@fenwick.com)
HEATHER N. MEWES (CSB No. 203690)
(hmewes@fenwick.com)
CAROLYN CHANG (CSB No. 217933)
(cchang@fenwick.com)
C. J. ALICE CHUANG (CSB No. 228556)
(achuang@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ABBOTT MOLECULAR INC., and ABBOTT LABORATORIES INC.

| | | |
|---|---|---|
| Dated: July 9, 2009 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | | By:  /s/ Tina E. Hulse<br>Tina E. Hulse |

THOMAS H. JENKINS (Admitted *Pro Hac Vice*)
(tom.jenkins@finnegan.com)
ANTHONY C. TRIDICO (Admitted *Pro Hac Vice*)
(anthony.tridico@finnegan.com)
FINNEGAN, HENDERSON, FARABLOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

TINA E. HULSE (CSB #232936)
(tina.hulse@finnegan.com)
WESLEY B. DERRICK (CSB #244944)
(wesley.derrick@finnegan.com)
FINNEGAN, HENDERSON, FARABLOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
33 Hillview Avenue
Palo Alto, CA 94304-1203

Attorneys for Defendants
DAKO NORTH AMERICA, INC. and DAKO DENMARK A/S

**[~~PROPOSED~~] ORDER**

Having reviewed the parties' Status Report and pursuant to the Stipulation, good cause appearing, it is hereby ORDERED:

1. The above-entitled action is continued for an additional 21 days pending the execution of a formal Settlement Agreement to include a dismissal of the above-entitled action. The parties shall notify the Court by July 31, 2009, of the status of the litigation if no dismissal of the action is filed by that date.

**IT IS SO ORDERED**.

Dated:  July 13, 2009



_____
Marilyn␣Hall Patel
United States District Judge
Northern District of California